Certificate Number: 11760-VAE-DE-013974927

Bankruptcy Case Number: 11-30925



11760-VAE-DE-013974927

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 23, 2011</u>, at <u>5:29</u> o'clock <u>PM PST</u>, <u>Jerry Durham sr</u> completed a course on personal financial management given <u>by internet</u> by <u>123 Debtor.com, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Virginia</u>.

Date:   February 23, 2011

By:   /s/Jennifer L Walter

Name:   Jennifer L Walter

Title:   Teacher