Certificate Number: 11760-VAE-DE-013970392

Bankruptcy Case Number: 11-30925



11760-VAE-DE-013970392

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 23, 2011, at 12:19 o'clock PM PST, Joyce Durham completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:    February 23, 2011                By:    /s/Jennifer L Walter

                                          Name:  Jennifer L Walter

                                          Title: Teacher